CHRISTOPHER MICHAEL MALONEY
CDCR # BK2223
A.S.P.
P.O. BOX 904
Avenal, CA  93204
Plaintiff in pro se


MICHAEL BARNES (Bar No. 121314)
MENGMENG ZHANG (Bar No. 280411)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, CA  94612
Telephone:     (415) 882-5000
Facsimile:      (415) 882-0300
Email:   michael.barnes@dentons.com
              mengmeng.zhang@dentons.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MICHAEL MALONEY,<br><br>             Plaintiff,<br><br>    vs.<br><br>ALLSTATE INDEMNITY COMPANY, AND DOES 1 TO 5,<br><br>             Defendant. | Case No. 2:20-cv-02523-MCE-KJN<br><br>**STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER AND ORDER** |

*Pro se* plaintiff Christopher Michael Maloney and defendant Allstate Indemnity Company, through its counsel of record (collectively "the Parties"), hereby stipulate and agree as follows and respectfully request the Court approve their stipulation for good cause shown:

WHEREAS, on May 17, 2021, the Court issued a Pretrial Scheduling Order, setting discovery and motion deadlines;

WHEREAS, although the Parties have diligently pursued discovery, including written discovery on each other and document production, they have experienced delays in discovery

caused by the COVID-19 pandemic, including Allstate's inability to timely schedule and take plaintiff's deposition while he has been incarcerated;

WHEREAS, due to extraordinary circumstances occasioned by plaintiff's incarceration and the associated communication delays and COVID-19 protocols, the Parties were and are unable to complete discovery by the discovery cut-off dates set by the Court;

WHEREAS, the Court has not previously modified any deadlines in this case;

WHEREAS, the extension of certain deadlines will not delay the trial of this matter, as none is scheduled;

NOW THEN, the Parties propose and stipulate to, subject to the Court's approval, the following new pre-trial deadlines:

| | | |
|---|---|---|
| Non-Expert Discovery Cut-Off | Existing Date: | April 1, 2022 |
| | *Proposed Date:* | *August 5, 2022* |
| Expert Witness Disclosures | Existing Date: | April 22, 2022 |
| | *Proposed Date:* | *August 26, 2022* |
| Rebuttal Expert Disclosures | Existing Date: | May 13, 2022 |
| | *Proposed Date:* | *September 16, 2022* |
| Expert Discovery Cut-Off: | Existing Date: | June 10, 2022 |
| | *Proposed Date:* | *October 14, 2022* |
| Law and Motion Filing Cut-Off | Existing Date: | September 29, 2022 |
| | *Proposed Date:* | *January 26, 2023* |
| Law and Motion Hearing Cut-Off | Existing Date: | October 27, 2022 |
| | *Proposed Date:* | *February 23, 2023* |

**IT IS SO STIPULATED.**

Dated: _____, 2022           *PRO SE* PLAINTIFF

By: _____
       Christopher Michael Maloney
Pro Se Plaintiff

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882-5000

Dated: April 29, 2022

DENTONS US LLP

By: _____
Mengmeng Zhang

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

## ORDER

Based on the parties' stipulation, the court now orders the following dates.

| | | |
|---|---|---|
| Non-Expert Discovery Cut-Off | Existing Date: | April 1, 2022 |
| | *New Date:* | **August 5, 2022** |
| Expert Witness Disclosures | Existing Date: | April 22, 2022 |
| | *New Date:* | **August 26, 2022** |
| Rebuttal Expert Disclosures | Existing Date: | May 13, 2022 |
| | *New Date:* | **September 16, 2022** |
| Expert Discovery Cut-Off: | Existing Date: | June 10, 2022 |
| | *New Date:* | **October 14, 2022** |
| Law and Motion Filing Cut-Off | Existing Date: | September 29, 2022 |
| | *New Date:* | **January 26, 2023** |

The court modifies the parties' proposed dates slightly by eliminating the hearing cut-off date, as plaintiff is incarcerated. Under Local Rule 230(l), where a party proceeds while incarcerated and without the assistance of an attorney, motions are to be submitted upon the record without oral argument, with a briefing schedule set by this subsection. Thus, if the parties intend to submit cross-motions for summary judgment, each party must do so by January 26, 2023. Each party shall then file opposition within 21 days and may file a reply 14 days thereafter. This briefing schedule may be extended for good cause. Finally, the parties are reminded of the availability of the court's magistrate judges for a settlement conference, should they wish to schedule one.

Dated: May 4, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

malo.2523

Case No. 2:20-cv-02523-MCE-KJN         3         ETRIAL
                                                 SCHEDULING ORDER AND ORDER

DENTONS US LLP
1999 HARRISON STREET, SUITE 1300
OAKLAND, CALIFORNIA 94612
(415) 882-5000